Marie ASSA'AD–FALTAS, MD, MPH, Petitioner–Appellant,

v.

SOUTH CAROLINA, The State of; Columbia South Carolina, The City of, hereinafter "the City", Respondents–Appellees.

Marie Therese Assa'ad–Faltas, MD, MPH, Petitioner–Appellant,

v.

South Carolina, The State of; Columbia South Carolina, The City of, hereinafter "the City", Respondents–Appellees.

Marie Therese Assa'ad–Faltas, MD, MPH, Petitioner–Appellant,

v.

South Carolina, The State of; Columbia South Carolina, City of, hereinafter "the City", Respondents–Appellees.

---

Marie Therese Assa'ad–Faltas, MD
MPH, Petitioner–Appellant,

v.

South Carolina, The State of,
Respondent–Appellee,

and

Columbia South Carolina, The
City of, Respondent.

Marie Assa'ad–Faltas, MD, MPH,
Petitioner–Appellant,

v.

The State Of South Carolina; The City
of Columbia, South Carolina, hereinaf-
ter "the City", Respondents–Appellees.

Nos. 15–6221, 15–6222, 15–6223,
15–6225, 15–6236.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 22, 2015.

Marie Therese Assa'ad–Faltas, Appel-
lant Pro Se.

Before MOTZ, KEENAN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Marie
Therese Assa'ad–Faltas seeks to appeal
the district court's orders accepting the
recommendations of the magistrate judge
to deny relief on her 28 U.S.C. § 2254
(2012) petitions. Assa'ad–Faltas has filed
an application to proceed in forma pauper-
is, as well as a motion for appointment of
counsel, in each appeal.

The orders Assa'ad–Faltas seeks to ap-
peal are not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Assa'ad–Faltas
has not made the requisite showing. Ac-
cordingly, we deny her applications to pro-
ceed in forma pauperis, deny her motions
for appointment of counsel, deny a certifi-
cate of appealability, and dismiss the ap-
peals. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*DISMISSED.*